*Aloysius F. Mahler,* for appellant.

*Clyde T. MacVay,* with him *Evans, Ivory & Evans,* for appellee.

OPINION PER CURIAM, January 7, 1971:
Judgment affirmed.
Mr. Justice COHEN and Mr. Justice ROBERTS took no part in the consideration or decision of this case.

## Shepard *v.* Chadderton Trucking, Appellant.

Argued October 5, 1970. Before BELL, C. J., JONES, COHEN, EAGEN, O'BRIEN, ROBERTS and POMEROY, JJ.

*James A. Stranahan, III,* with him *Stranahan & Stranahan,* for appellant.

*Bernard Goldstone,* with him *Routman, Moore, Goldstone & Valentino,* for appellee.

OPINION PER CURIAM, January 7, 1971:
Judgment affirmed.

Mr. Justice COHEN took no part in the decision of this case.

## Philadelphia *v.* Stimmler et al., Appellants.

Argued November 13, 1969. Before BELL, C. J., JONES, COHEN, EAGEN, O'BRIEN, ROBERTS and POMEROY, JJ.

reargument refused February 16, 1971.

*Carl M. Mazzocone,* with him *Sheer & Mazzocone,* for appellants.

*Matthew W. Bullock, Jr.,* Second Deputy City Solicitor, with him *Edward G. Bauer, Jr.,* City Solicitor, for City of Philadelphia, appellee.

OPINION PER CURIAM, January 7, 1971:
Decree affirmed. Costs to be borne by appellants.

Mr. Justice COHEN took no part in the decision of this case.